```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 05 B 00113
   ALICIA EDWARDS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

             Debtor
   SSN XXX-XX-4783

------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/03/2005 and was confirmed 04/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  80.00%.

     The case was dismissed after confirmation 12/06/2007.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
------------------------------------------------------------------------------
MCI TELECOMMUNICATIONS   UNSECURED       NOT FILED            .00              .00
PROVIDIAN                UNSECURED       NOT FILED            .00              .00
NATIONAL CITY MORTGAGE   CURRENT MORTG         .00            .00              .00
ROBERT J SEMRAD & ASSOC  NOTICE ONLY     NOT FILED            .00              .00
ISAC                     UNSECURED         1978.63            .00              .00
NATIONAL CITY MORTGAGE   MORTGAGE ARRE   17975.42             .00        17975.42
COOK COUNTY TREASURER    SECURED NOT I   NOT FILED            .00              .00
COMSERVE                 UNSECURED       NOT FILED            .00              .00
DEPAUL                   NOTICE ONLY     NOT FILED            .00              .00
IDAPP                    UNSECURED       NOT FILED            .00              .00
RESURGENT ACQUISITION LL UNSECURED         5824.06            .00              .00
NATIONAL CITY MORTGAGE   NOTICE ONLY     NOT FILED            .00              .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      2,005.20                       2,005.20
TOM VAUGHN               TRUSTEE                                         1,184.38
DEBTOR REFUND            REFUND                                                .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              21,165.00

PRIORITY                                        .00
SECURED                                   17,975.42
UNSECURED                                       .00
ADMINISTRATIVE                             2,005.20
TRUSTEE COMPENSATION                       1,184.38
DEBTOR REFUND                                   .00
                    ---------------    ---------------
TOTALS               21,165.00            21,165.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 00113 ALICIA EDWARDS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                      /s/ Tom Vaughn

Dated: 03/27/08                _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE